UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE TOPLEAN,<br><br>             Plaintiff,<br><br>       v.<br><br>WILLIAM W. KIRBY,<br><br>             Defendant. | No.  2:23-cv-0510 DJC AC PS<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On April 24, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 4.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 7.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations filed April 24, 2023, are adopted in full; and

2. All claims against all defendants are DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  **June 16, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE